# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 29, 2008

**Before**

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 06-3807

| | |
|---|---|
| JAMES CIOMBER, *Plaintiff-Appellant*, | Appeal from the United States District Court for the Northern District of Illinois, Western Division. |
| *v.* | No. 04 C 50129 |
| COOPERATIVE PLUS, INC., *Defendant-Appellee*. | Philip G. Reinhard, *Judge*. |

## O R D E R

The slip opinion issued in the above-entitled cause on May 28, 2008, is amended as follows:

Page 4, second paragraph, first sentence, third line, delete "for."